**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JOSE ODOR-ROMERO,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-500-G** |
| | ) | |
| **WARDEN, Diamondback Correctional Facility, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

On March 16, 2026, Petitioner Jose Odor-Romero filed a Petition for Writ of Habeas Corpus (Doc. No. 1), challenging his detention by U.S. Immigration and Customs Enforcement pursuant to 28 U.S.C. § 2241.

On June 17, 2026, certain Respondents[1] filed a Notice (Doc. No. 13), stating that an Immigration Judge had issued a final order of removal as to Petitioner on June 11, 2026, and that both Petitioner and the U.S. Department of Homeland Security had waived their right to appeal the removal order. *See id.* at 1; *id.* Ex. 1 (Doc. No. 13-1) at 1, 3-4. Petitioner's removal was scheduled to occur after expiration of a 72-hour notice period. See Resp'ts' Notice at 2.

[1] Respondent Warden, Diamondback Correctional Facility, has not appeared in this action. The appearing Respondents are: Dallas Field Office Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; David J. Venturella, Acting Director of U.S. Immigration and Customs Enforcement; Markwayne Mullin, Secretary of Homeland Security; and Todd Blanche, United States Attorney General.

On July 23, 2026, the Court directed Petitioner to show cause, within 14 days, why the Petition "should not be dismissed as moot." Order (Doc. No. 14) at 2. The Order advised: "[F]ailure to show cause may result in the dismissal of this action." *Id.*

As of this date, Petitioner has not filed a response, requested an extension of time to comply, or otherwise contacted the Court regarding this action.

Petitioner's release from custody and removal from the United States render his habeas claims moot. *See Mendoza Hernandez v. U.S. Dist. Ct.*, No. CIV-26-923-R, 2026 WL 1506747, at *1-3 (W.D. Okla. May 29, 2026) (R. & R.), *adopted*, 2026 WL 1791956 (W.D. Okla. June 22, 2026); *Head v. Grant*, CIV-25-1529-R, 2026 WL 861698, at *2-3 (W.D. Okla. Mar. 4, 2026) (R. & R.), *adopted*, 2026 WL 922301 (W.D. Okla. Apr. 3, 2026). Dismissal is therefore warranted, as Petitioner's "habeas challenge to his detention no longer presents a case or controversy subject to this Court's jurisdiction." *Mendoza Hernandez*, 2026 WL 1506747, at *3.

CONCLUSION

Accordingly, the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 21st day of August, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge